UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Andrew Franklin Hood**                    **Docket No. 7:11-CR-112-1H**

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Andrew Franklin Hood, who, upon an earlier plea of guilty to Receipt of Child Pornography, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on April 11, 2012, to the custody of the Bureau of Prisons for a term of 121 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for life.

Andrew Franklin Hood was released from custody on September 27, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently on supervised release as a result of his conviction for the offense of Receipt of Child Pornography. The Eastern District of North Carolina no longer requires a defendant to abide by the rules and regulations of the NCE Sex Offender Management Program. Instead, the probation office has tailored specific additional conditions to meet the needs of each defendant. It is recommended the condition related to the NCE Sex Offender Management Program be removed and replaced with conditions requiring a psycho-sexual evaluation, sex offender treatment, no contact with anyone under the age of 18 unless certain conditions are met, and the installation of systems or software to monitor computer use on any computer that the defendant owns or is authorized to use. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision that he and the probation officer both believe will help the defendant be successful during the term of supervised release.

**PRAYING THAT THE COURT WILL ORDER** the removal of the NCE Sex Offender Management Program condition that was previously ordered and that supervised release be modified as follows:

1.  At the direction of the U.S. Probation Officer, the defendant shall consent to the installation of systems or software that will allow the probation officer or designee to monitor computer use on any computer that the defendant owns or is authorized to use. The defendant shall pay the costs of this monitoring.

2.  The defendant shall not associate or have verbal, written, telephonic, or electronic communications with any person under the age of eighteen (18), except: (1) in the presence of the parent or legal guardian of said minor; (2) on the condition that the defendant notifies the parent or legal guardian of the defendant's conviction or prior history; and (3) with specific, written approval from the U.S. Probation Officer. This provision does not encompass persons under the age of eighteen with whom the defendant must deal in order to obtain ordinary and usual commercial services (e.g., waiters, cashiers, ticket vendors, etc.).

3.  The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

4. The defendant shall participate in a sex offender treatment program as directed by the U.S. Probation Officer, and the defendant shall comply with and abide by all the rules, requirements, and conditions of the treatment program until discharged. The defendant shall take medication as prescribed by the treatment provider.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: November 15, 2019

## ORDER OF THE COURT

Considered and ordered this _19th_ day of _November_, 2019, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge